UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMPSON, et al.,<br><br>　　　　Defendants. | No.  2:25-cv-00810 SCR P<br><br><br>ORDER |

　　　　Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action pro se, seeks relief pursuant to 42 U.S.C. § 1983.  By order filed October 6, 2025, plaintiff's complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only.  (ECF No. 9.)  Plaintiff has now notified the court that he would like to amend the complaint.  (ECF No. 12.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall have thirty (30) days from the service of this order to file an amended complaint as outlined in the October 6, 2025, screening order.  If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that defendants Oldham, Sharp, Money, and Bowman, as well as plaintiff's state law claims against defendant Thompson, be dismissed without prejudice.

////

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: October 31, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE